1  Frederick H. Ebey, Esq. SBN 33802
2  Rebecca Connolly, Esq. SBN 145482
   GRUNSKY, EBEY, FARRAR & HOWELL
3  A Professional Corporation
   240 Westgate Drive
4  Watsonville, CA 95076
   Telephone (831)722-2444
5  Facsimile  (831)722-6153

6  Specially Appearing as
7  Attorneys for Defendant

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE BRANCH

11

12 | LOUIS CHIARAMONTE,                      | No.   C06-01834 JW
13 |                        Plaintiff,        | STIPULATION TO CONTINUE CASE
                                              | MANAGEMENT CONFERENCE AND
14 |      vs.                                 | EXTEND TIME TO RESPOND TO
                                              | COMPLAINT; [proposed] ORDER
15 | SANTA CRUZ BIG TREES & PACIFIC
   | RAILWAY COMPANY,                         | **Date:  September 18, 2006**
16 |                                          | **Time:  10:00 a.m.**
   |                        Defendants.       | **Dept:  Courtroom 8, Fourth Floor**
17 |
                                              | **Honorable James Ware**
18

19

20      The undersigned parties hereby stipulate that good cause exists for a 90-day continuance of the

21  Case Management Conference currently set for September 18, 2006 because the defendant is in the

22  process of resolving insurance coverage issues relating to this matter.  Accordingly, the parties hereby

23  jointly request that the Case Management Conference be continued for 90 days to another date

24  convenient to the Court.  Further, the undersigned parties hereby stipulate that defendant shall have

25  until October 17, 2006 to answer or otherwise respond to the complaint filed in the above-captioned

26  action.

27  //

28  //

- 1 -

ROAR18994\stip-extend-cmc.doc
**C 06-01834 JW**
**Stipulation to Continue CMC**

IT IS SO STIPULATED:

DATED: September 13, 2006

By ____/s/_____
David B. Draheim, Attorneys for Plaintiff

DATED: September 13, 2006       GRUNSKY, EBEY, FARRAR & HOWELL

By ____/s/_____
Rebecca Connolly, Specially Appearing As
Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Case Management Conference currently scheduled for September 18, 2006 is continued to _December 18, 2006_____ at _ 10:00 am __.

DATED: _September 14th, 2006_       _____
James Ware
United States District Judge

- 2 -

ROAR18994\stip-extend-cmc.doc
**C 06-01834 JW**
**Stipulation to Continue CMC**

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Rebecca Connolly, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of September, 2006, at Watsonville, California.

By:     */s/ Rebecca Connolly*

           Rebecca Connolly

- 3 -

ROAR18994\stip-extend-cmc.doc
**C 06-01834 JW**
**Stipulation to Continue CMC**