1  Submitting Counsel Appear on Signature Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOUIS CHIARAMONTE,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>SANTA CRUZ BIG TREES & PACIFIC RAILWAY COMPANY,<br><br>　　　　　　　Defendants. | No.   C06-1834 JW<br><br>STIPULATION TO CONTINUE ADR MEDIATION DEADLINE; [proposed] ORDER<br><br>**The Honorable James Ware** |

The undersigned parties hereby stipulate that good cause exists for a 90-day continuance of the deadline for the completion of the ADR Mediation set by the Court pursuant to stipulation on December 6, 2006 [Docket #14] because the parties are in the process of completing discovery necessary for such mediation and for reasons beyond the control of the parties, the mediator was not appointed until February 21, 2007 [Docket #19].  Accordingly, the parties hereby jointly request that the last day to complete mediation be continued from March 6, 2007 to June 4, 2007.

**IT IS SO STIPULATED:**

DATED:    March 1, 2007                                          **HILDEBRAND, MCLEOD & NELSON, INC.**

                                                    By    */s/ Kristoffer S. Mayfield*
                                                          Kristoffer S. Mayfield, Attorneys for Plaintiff

- 1 -

ROAR18994\stip-extend-adr.doc
**C 06-1834 JW**
**Stipulation to Continue ADR Mediation Deadline**

DATED:    March 1, 2007                                  **GRUNSKY, EBEY, FARRAR & HOWELL, APC**

By  */s/ Rebecca Connolly*
Rebecca Connolly, Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:    March 2 2007                                   _____
JAMES WARE
UNITED STATES DISTRICT JUDGE

- 2 -

ROAR18994\stip-extend-adr.doc
**C 06-1834 JW**
**Stipulation to Continue ADR Mediation Deadline**

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Rebecca Connolly, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of March, 2007, at Watsonville, California.

By:     */s/ Rebecca Connolly*

Rebecca Connolly