Submitting Counsel Appear on Signature Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOUIS CHIARAMONTE,<br><br>               Plaintiff,<br><br>     vs.<br><br>SANTA CRUZ BIG TREES & PACIFIC RAILWAY COMPANY,<br><br>               Defendants. | No.   C06-1834 JW<br><br>STIPULATION TO MODIFY SCHEDULING ORDER AND BRIEFING SCHEDULE IN CONNECTION WITH NOVEMBER 5, 2007 MOTION FOR SUMMARY JUDGMENT; [proposed] ORDER<br><br>**The Honorable James Ware** |

The undersigned parties hereby stipulate that good cause exists for a continuance of the deadline for the completion of expert discovery and the deadline to file dispositive motions set by the Court in its Scheduling Order dated December 13, 2006 [Docket #15] because the parties have agreed to postpone expert discovery until after the Court rules on the defendant's pending motion for summary judgment which is currently set for hearing on November 5, 2007.  Pursuant to the Court's Scheduling Order, August 20, 2007 is the close of all discovery and the last day for the Court to hear dispositive motions is October 22, 2007.  The parties have stipulated to extend the fact discovery cut-off to allow defendant to respond to plaintiff's Request for Admissions, Set One and plaintiff's Request for Production of Documents, Set Three on August 31, 2007 and to allow plaintiff's previously notice site inspection to occur at a mutually convenient date in the future.  The defendant was unable to schedule its motion for summary judgment within the deadline set for dispositive

- 1 -

---
ROAR18994\stip-extend-dates.doc
**C 06-1834 JW**
**Stipulation to Modify Scheduling Order, etc.**

1  motions because as of August 13, 2007, no party was able to notice any motions prior to November 5,
2  2007 on the Court's calendar.
3       The parties further stipulate that the last day for the plaintiff to file its opposition to the motion
4  for summary judgment is October 8, 2007 and the last day for the defendant to file its reply brief in
5  support of the motion for summary judgment is October 22, 2007.
6       Moreover, the parties stipulate to continue expert discovery until December 21, 2007; the
7  preliminary pretrial conference date until February 11, 2008; and set the last day to file the
8  preliminary pretrial conference statements on January 30, 2008.
9       **IT IS SO STIPULATED:**
10
11 DATED:    August  28, 2007                **HILDEBRAND, MCLEOD & NELSON, INC.**
12
                                              By    */s/ Kristoffer S. Mayfield*
13                                               Kristoffer S. Mayfield, Attorneys for Plaintiff
14
15
16 DATED:    August  28, 2007                **GRUNSKY, EBEY, FARRAR & HOWELL, APC**
17
                                              By    */s/ Rebecca Connolly*
18                                               Rebecca Connolly, Attorneys for Defendant
19
20
21       PURSUANT TO STIPULATION, the briefing schedule in connection with the motion for
22 summary judgment set for hearing on November 5, 2007 is modified to require the plaintiff to file its
23 opposition on or before October 8, 2007 and the defendant to file its reply on or before October 22,
24 2007; the Scheduling Order is modified to allow defendant to respond to discovery pursuant to
25 stipulation on August 31, 2007 and to allow plaintiff to conduct a future site inspection and is further
26 modified as follows:
27 //
28 //

- 2 -

ROAR18994\stip-extend-dates.doc
**C 06-1834 JW**
**Stipulation to Modify Scheduling Order, etc.**

1
2   Last Day to Hear Dispositive Motions          January 28, 2008
3   Close of Expert Discovery                     December 21, 2007
4   Preliminary Pretrial Conference               February 11, 2008
5   Preliminary Pretrial Conference Statements    January 30, 2008
6   IT IS SO ORDERED.
7
8   DATED:   __August 29, 2007_____        _____
9                                          JAMES WARE
                                           UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -

ROAR18994\stip-extend-dates.doc
**C 06-1834 JW**
**Stipulation to Modify Scheduling Order, etc.**

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Rebecca Connolly, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of August, 2007, at Watsonville, California.

By:  */s/ Rebecca Connolly*

Rebecca Connolly

- 4 -

ROAR18994\stip-extend-dates.doc
**C 06-1834 JW**
**Stipulation to Modify Scheduling Order, etc.**